In the United States District Court
Eastern District of Arkansas
Western Division

Lan Le                                                                                         Plaintiff

v.                                       Case No. 4:16-cv-383

Southern Service Systems, Inc.
d/b/a Southern Collection System;
and John Does I-X                                                                     Defendants

## Judgment

Consistent with the order entered today, this case is dismissed with prejudice against all defendants.

IT IS SO ORDERED this 23rd day of January, 2017.

_____
James M. Moody
United States District Judge